IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FLEXTRONICS MEDICAL SALES AND MARKETING, LTD., *et al.* | ) ) ) | CASE NO. 24 Misc. 68 |
| Plaintiffs, | ) ) ) | JUDGE: Paul A. Engelmayer |
| -vs- | ) ) | |
| LIFELINE SYSTEMS COMPANY | ) ) | **ORDER GRANTING MOTION TO FILE UNDER SEAL** |
| Defendant. | ) | |

Upon the Declaration of Deana S. Stein and upon Plaintiffs' Motion to File Complaint and Accompanying Exhibits Under Seal and Memorandum in support thereof, filed the 16th day of February, 2024, it is hereby

**ORDERED** that Plaintiffs' Complaint and all accompanying exhibits be filed under seal, *subject to review by the assigned District Judge, who may order that the Complaint be publicly filed in redacted form.*

Entered this 20th day of February, 2024.

_____
Paul A. Engelmayer
United States District Judge,
*sitting in Part I*

23870883 v1